Case 1:21-cv-00656-ELH   Document 121   Filed 07/25/24   Page 1 of 1
Case 1:21-cv-00656-ELH   Document 119-3   Filed 07/25/24   Page 1 of 1

USDC - BALTIMORE
'24 JUL 25 PM3:17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RYAN deM. JENNINGS, Ph.D. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: ELH-21-0656 |
| FROSTBURG STATE UNIV., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion to Lift Stay, Approve Parties' Settlement Agreement, and Dismiss Case, it is this 25th day of July, 2024, by the U.S. District Court for the District of Maryland:

ORDERED, that the Consent Motion be and is hereby GRANTED; and it is further,

ORDERED, that the stay entered in the above-captioned case on February 6, 2024 is hereby lifted; and it is further,

ORDERED, that the parties' Settlement Agreement and Release, having been reviewed by the Court, is hereby approved; and it is further,

ORDERED, that this case is hereby dismissed, with prejudice; and it is further,

ORDERED, that the Clerk is directed to close this case.

*Ellen L. Hollander*
J U D G E, United States District Court
for the District of Maryland